## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Wednesday, June 22, 2022 2:08 PM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:22-cv-00627-PAC Upsolve, Inc. et al v. James Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/22/2022 at 2:08 PM EDT and filed on 6/22/2022
**Case Name:** Upsolve, Inc. et al v. James
**Case Number:** 1:22-cv-00627-PAC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [77] Notice of Interlocutory Appeal, filed by Letitia James were transmitted to the U.S. Court of Appeals..(nd)**

**1:22-cv-00627-PAC Notice has been electronically mailed to:**

Peter Karanjia     peter.karanjia@dlapiper.com

David Stuart Udell     dudell@fordham.edu

Matthew D. Brinckerhoff     mbrinckerhoff@ecbawm.com, docketing@ecbawm.com, ijohnson@ecbawm.com

Matthew Joseph Lawson     matthew.lawson@ag.ny.gov, OAGLitc@ag.ny.gov, Stephanie.Rosenberg@ag.ny.gov

David Halleck Fry     david.fry@mto.com, julie.lunsford@mto.com, yvonne.franklin@mto.com

Richard Christopher St. John     richard.stjohn@mto.com, dan.munson@mto.com

Daniel Adam Rubens     drubens@orrick.com, casestream@ecf.courtdrive.com, nymao@orrick.com

Gregory Stewart Silbert     gregory.silbert@weil.com, gregory-silbert-9571@ecf.pacerpro.com, mco.ecf@weil.com, nymao@ecf.pacerpro.com

William R. Aronin     william.aronin@gmail.com, psherman@ij.org, rmcnamara@ij.org, rramirez@ij.org

Elena De Santis     elena.desantis@weil.com

Robert Niles-Weed     robert.niles-weed@weil.com

Zachary Tripp     zack.tripp@weil.com

Andrew Nguyen     andrew.nguyen@mto.com, susan.ahmadi@mto.com

Jodie Cheng Liu     jodie.liu@orrick.com

Sarah Hartman Sloan     ssloan@orrick.com

Joseph Schottenfeld     jschottenfeld@naacpnet.org

Paul Sherman     psherman@ij.org

Robert McNamara     rmcnamara@ij.org

Elizabeth Grefrath-Sessions     liz.grefrath@weil.com

**1:22-cv-00627-PAC Notice has been delivered by other means to:**

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:22–cv–00627–PAC

Upsolve, Inc. et al v. James  
Assigned to: Judge Paul A. Crotty  
Cause: 42:1983 Civil Rights Act

Date Filed: 01/25/2022  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Upsolve, Inc.**     represented by     **Zachary Tripp**  
Weil, Gotshal & Manges  
2001 M Street NW  
Suite 600  
Washington, DC 20036  
202–682–7000  
Fax: 202–857–0940  
Email: zack.tripp@weil.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Elena De Santis**  
Weil, Gotshal & Manges LLP (NYC)  
767 Fifth Avenue  
New York, NY 10153  
212–310–8371  
Email: elena.desantis@weil.com  
*ATTORNEY TO BE NOTICED*

**Elizabeth Grefrath–Sessions**  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
212–310–8242  
Fax: 212–310–8007  
Email: liz.grefrath@weil.com  
*ATTORNEY TO BE NOTICED*

**Robert Niles–Weed**  
Weil Gotshal & Manges LLP  
767 5th Ave  
Ste 3237  
New York, NY 10153  
212–310–8000  
Email: robert.niles–weed@weil.com  
*ATTORNEY TO BE NOTICED*

**Gregory Stewart Silbert**  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
(212)–310–8846  
Fax: (212)–310–8007  
Email: gregory.silbert@weil.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rev. John Udo–Okon**     represented by     **Zachary Tripp**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

          **Elena De Santis**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Elizabeth Grefrath–Sessions**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Robert Niles–Weed**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

          **Gregory Stewart Silbert**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Letitia James**<br>*in her official capacity as Attorney General of the State of New York* | represented by | **Matthew Joseph Lawson**<br>New York State Office of The Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>(212)–416–8733<br>Fax: (212)–416–6019<br>Email: matthew.lawson@ag.ny.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Institute for Justice**<br>*TERMINATED: 05/25/2022* | represented by | **William R. Aronin**<br>Institute for Justice<br>901 N. Glebe Road<br>Suite 900<br>Arlington, VA 22203<br>703–682–9320<br>Email: william.aronin@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Paul Sherman**<br>Institute for Justice<br>901 North Glebe Road<br>Arlington, VA 22203<br>703–682–9320<br>Email: psherman@ij.org<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert McNamara**<br>Institute for Justice<br>901 North Glebe Road<br>Suite 900<br>Arlington, VA 22203<br>703–682–9320<br>Email: rmcnamara@ij.org<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **NAACP**<br>*TERMINATED: 05/25/2022* | represented by | **Daniel Adam Rubens**<br>Orrick, Herrington & Sutcliffe LLP (NYC)<br>51 West 52nd Street |

      New York, NY 10019
      (212)–506–5000
      Fax: (212)–506–5151
      Email: drubens@orrick.com
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Jodie Cheng Liu**
      Orrick Herrington & Sutcliffe LLP
      51 W 52nd Street
      New York, NY 10019
      212–506–3739
      Email: jodie.liu@orrick.com
      *ATTORNEY TO BE NOTICED*

      **Joseph Schottenfeld**
      MD
      4805 Mount Hope Drive
      Baltimore, MD 21215
      203–444–9577
      Email: jschottenfeld@naacpnet.org
      *ATTORNEY TO BE NOTICED*

      **Sarah Hartman Sloan**
      Orrick, Herrington & Sutcliffe LLP
      1152 15th Street, NW
      Washington DC, DC 20005
      202–339–8591
      Email: ssloan@orrick.com
      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**NAACP New York State Conference**   represented by   **Daniel Adam Rubens**
*TERMINATED: 05/25/2022*       (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Jodie Cheng Liu**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

      **Joseph Schottenfeld**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

      **Sarah Hartman Sloan**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**National Center for Access to Justice**   represented by   **David Stuart Udell**
*TERMINATED: 05/25/2022*       National Center for Access to Justice
      150 West 62nd Street
      Ste 7–165
      New York, NY 10013
      917–445–3021
      Email: dudell@fordham.edu
      *ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

**Law Professors**   represented by   **Richard Christopher St. John**
*TERMINATED: 05/25/2022*       Munger, Tolles & Olson LLP (LA)
      355 South Grand Avenue, 35th Floor

|  |  |
|---|---|
|  | Los Angeles, CA 90071<br>(213)–683–9562<br>Fax: (213)–683–4062<br>Email: richard.stjohn@mto.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Andrew Nguyen**<br>Munger, Tolles & Olson LLP<br>560 Mission Street<br>Ste 27th Floor<br>San Francisco, CA 94105–3089<br>415–512–4076<br>Fax: 415–512–4077<br>Email: andrew.nguyen@mto.com<br>*ATTORNEY TO BE NOTICED*<br><br>**David Halleck Fry**<br>Munger, Tolles & Olson LLP (SF)<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>(415) 512–4000<br>Fax: (415) 512–4007<br>Email: david.fry@mto.com<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br><br>**Rebecca L. Sandefur**<br>*TERMINATED: 05/25/2022* | represented by **Peter Karanjia**<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>202–799–4135<br>Email: peter.karanjia@dlapiper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br><br>**Advocate Amici**<br>*TERMINATED: 05/25/2022* | represented by **Matthew D. Brinckerhoff**<br>Emery Celli Brinckerhoff Abady Ward & Maazel LLP<br>600 Fifth Avenue<br>New York, NY 10020<br>212–763–5000<br>Fax: 212–763–5001<br>Email: mbrinckerhoff@ecbawm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2022 | 1 | COMPLAINT against Letitia James. (Filing Fee $ 402.00, Receipt Number ANYSDC–25630458)Document filed by Upsolve, Inc., Rev. John Udo–Okon. (Attachments: # 1 Exhibit A – Answer Form, # 2 Exhibit B – Training Guide).(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 2 | CIVIL COVER SHEET filed..(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 4 | **FILING ERROR – DEFICIENT SUMMONS REQUEST – PDF ERROR**<br>REQUEST FOR ISSUANCE OF SUMMONS as to Letitia James, Attorney General of |

| | | |
|---|---|---|
| | | the State of New York, re: 1 Complaint. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) Modified on 1/26/2022 (sj). (Entered: 01/25/2022) |
| 01/25/2022 | 5 | MOTION for Preliminary Injunction . Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 6 | MEMORANDUM OF LAW in Support re: 5 MOTION for Preliminary Injunction . . Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 7 | DECLARATION of Gregory Silbert in Support re: 5 MOTION for Preliminary Injunction .. Document filed by Rev. John Udo–Okon, Upsolve, Inc.. (Attachments: # 1 Exhibit 1 – Rohan Pavuluri Declaration, # 2 Exhibit 2 – Rev. John Udo–Okon Declaration (Part 1), # 3 Exhibit 2 –Rev. John Udo–Okon Declaration (Part 2), # 4 Exhibit 2 – Rev. John Udo–Okon Declaration (Part 3), # 5 Exhibit 3 – Professor Tashi Lhewa Declaration, # 6 Exhibit 4 – Professor Pamela Foohey Declaration, # 7 Exhibit 5 – William "Tyler" Evertsen Declaration, # 8 Exhibit 6 – Liz Jurado Declaration, # 9 Exhibit 7 – Christopher Lepre Declaration).(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 8 | NOTICE OF APPEARANCE by Gregory Stewart Silbert on behalf of Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/25/2022) |
| 01/25/2022 | 9 | NOTICE OF APPEARANCE by Robert Niles–Weed on behalf of Rev. John Udo–Okon, Upsolve, Inc...(Niles–Weed, Robert) (Entered: 01/25/2022) |
| 01/25/2022 | 10 | NOTICE OF APPEARANCE by Elena De Santis on behalf of Rev. John Udo–Okon, Upsolve, Inc...(De Santis, Elena) (Entered: 01/25/2022) |
| 01/25/2022 | 11 | MOTION for Zachary D. Tripp to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25631647. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rev. John Udo–Okon, Upsolve, Inc.. (Attachments: # 1 Affidavit in support, # 2 Exhibit New York Certificate of Good Standing, # 3 Exhibit DC Certificate of Good Standing, # 4 Text of Proposed Order).(Tripp, Zachary) (Entered: 01/25/2022) |
| 01/25/2022 | 12 | NOTICE OF APPEARANCE by Zachary Tripp on behalf of Rev. John Udo–Okon, Upsolve, Inc...(Tripp, Zachary) (Entered: 01/25/2022) |
| 01/25/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Zachary D. Tripp to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25631647. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 01/25/2022) |
| 01/26/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Paul A. Crotty. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 01/26/2022) |
| 01/26/2022 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 01/26/2022) |
| 01/26/2022 | | Case Designated ECF. (sj) (Entered: 01/26/2022) |
| 01/26/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Gregory Stewart Silbert to RE–FILE Document No. 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; the date field on the offical A.O. Summons form was completed by the attorney. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process –** |

| | | |
|---|---|---|
| | | **select the correct filer/filers – and attach the correct summons form PDF. (sj)** (Entered: 01/26/2022) |
| 01/26/2022 | 13 | REQUEST FOR ISSUANCE OF SUMMONS as to Letitia James, Attorney General of the State of New York, re: 1 Complaint. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/26/2022) |
| 01/26/2022 | | Notice of Conference: A Scheduling Conference is scheduled to go forward on: Tuesday, February 1, 2022 @ 3:00 PM, via teleconference before Judge Paul A. Crotty. Dial–in: 888–363–4749. Access: 8539662. Plaintiff is directed to serve a copy of this notice on the Defendant. If the date is not convenient, either party can e–mail three (3) mutually convenient dates to the Courtroom Deputy at: David_C_Gonzalez@nysd.uscourts.gov ––––– A PDF IS NOT ATTACHED TO THIS ENTRY ––––– (By: David Gonzalez – Courtroom Deputy).(dgo) (Entered: 01/26/2022) |
| 01/27/2022 | 14 | ELECTRONIC SUMMONS ISSUED as to Letitia James. (sj) (Entered: 01/27/2022) |
| 01/31/2022 | 15 | SUMMONS RETURNED EXECUTED. Letitia James served on 1/28/2022, answer due 2/18/2022. Service was accepted by Lorraine Wright, Legal Secretary. Document filed by Upsolve, Inc.; Rev. John Udo–Okon..(Silbert, Gregory) (Entered: 01/31/2022) |
| 01/31/2022 | 16 | AFFIDAVIT OF SERVICE of Motion for Preliminary Injunction and Notice of Conference served on Defendant Letitia James, in her official capacity as Attorney General of the State of New York on 01/28/2022. Service was accepted by Lorraine Wright, Legal Secretary. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 01/31/2022) |
| 02/01/2022 | 17 | NOTICE OF APPEARANCE by Matthew Joseph Lawson on behalf of Letitia James..(Lawson, Matthew) (Entered: 02/01/2022) |
| 02/01/2022 | | Minute Entry for proceedings held before Judge Paul A. Crotty: Scheduling Conference held on 2/1/2022. REMARK: All counsel of record on the docket appeared for the parties. The Court set the following schedules: The Defendant's reply to the PI is due by March 11, 2022. Replies are due by March 28, 2022. Defendant's Answer deadline is extended to 10–days after a decision on the PI.See transcript for details. (Court Reporter Kris Sellin) (dgo) (Entered: 02/01/2022) |
| 02/24/2022 | 18 | ORDER granting 11 Motion for Zachary D. Tripp to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 02/24/2022) |
| 02/25/2022 | 19 | NOTICE OF APPEARANCE by William R. Aronin on behalf of Institute for Justice..(Aronin, William) (Entered: 02/25/2022) |
| 02/25/2022 | 20 | LETTER addressed to Judge Paul A. Crotty from William R. Aronin, Counsel for Amicus Curiae Institute for Justice dated February 25, 2022 re: Pre–Motion Conference Request. Document filed by Institute for Justice..(Aronin, William) (Entered: 02/25/2022) |
| 02/28/2022 | | DOCKET ANNOTATION: There is no need for a pre–motion conference. The Institute For Justice may file their amicus brief. The parties are directed to meet and confer on a briefing schedule. The proposed schedule is due by March 3, 2022. SO ORDERED.(dgo) (Entered: 02/28/2022) |
| 03/01/2022 | 21 | NOTICE OF APPEARANCE by Daniel Adam Rubens on behalf of NAACP, NAACP New York State Conference..(Rubens, Daniel) (Entered: 03/01/2022) |
| 03/01/2022 | 22 | MOTION for Jodie C. Liu to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25799502. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NAACP, NAACP New York State Conference. (Attachments: # 1 Affidavit of Jodie C. Liu in Support, # 2 Certificate of Good Standing – NY, # 3 Text of Proposed Order).(Liu, Jodie) (Entered: 03/01/2022) |
| 03/01/2022 | 23 | MOTION for Sarah H. Sloan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25799971. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NAACP, NAACP New York State Conference. (Attachments: # 1 Affidavit of Sarah H. Sloan in Support, # 2 Certificate of Good Standing – DC, # 3 Certificate of Good Standing – NY, # 4 Text of Proposed |

| | | |
|---|---|---|
| | | Order).(Sloan, Sarah) (Entered: 03/01/2022) |
| 03/01/2022 | 24 | MOTION for Joseph R. Schottenfeld to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25799955. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by NAACP, NAACP New York State Conference. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Text of Proposed Order).(Schottenfeld, Joseph) (Entered: 03/01/2022) |
| 03/01/2022 | 25 | MOTION to File Amicus Brief . Document filed by NAACP, NAACP New York State Conference. (Attachments: # 1 Amicus Curiae Brief).(Rubens, Daniel) (Entered: 03/01/2022) |
| 03/01/2022 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to File Amicus Brief . . Document filed by NAACP, NAACP New York State Conference..(Rubens, Daniel) (Entered: 03/01/2022) |
| 03/01/2022 | 27 | MOTION to File Amicus Brief . Document filed by National Center for Access to Justice..(Udell, David) (Entered: 03/01/2022) |
| 03/01/2022 | 28 | DECLARATION of David S. Udell in Support re: 27 MOTION to File Amicus Brief .. Document filed by National Center for Access to Justice. (Attachments: # 1 Exhibit A – Proposed Amicus Brief, # 2 Exhibit B – Disclosure Statement, # 3 Exhibit C – Proposed Order).(Udell, David) (Entered: 03/01/2022) |
| 03/01/2022 | 29 | MEMORANDUM OF LAW in Support re: 27 MOTION to File Amicus Brief . . Document filed by National Center for Access to Justice..(Udell, David) (Entered: 03/01/2022) |
| 03/02/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Jodie C. Liu to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25799502. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 03/02/2022) |
| 03/02/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 23 MOTION for Sarah H. Sloan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25799971. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 03/02/2022) |
| 03/02/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Joseph R. Schottenfeld to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25799955. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 03/02/2022) |
| 03/02/2022 | 30 | ORDER granting 22 Motion for Jodie C. Liu to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/02/2022) |
| 03/02/2022 | 31 | ORDER granting 23 Motion for Sarah H. Sloan to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/02/2022) |
| 03/02/2022 | 32 | ORDER granting 24 Motion for Joseph R. Schottenfeld to Appear Pro Hac Vice (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/02/2022) |
| 03/02/2022 | 33 | NOTICE OF APPEARANCE by Richard Christopher St. John on behalf of Law Professors..(St. John, Richard) (Entered: 03/02/2022) |
| 03/02/2022 | 34 | MOTION to File Amicus Brief . Document filed by Law Professors. (Attachments: # 1 Exhibit Exhibit A – Brief of Amici Curiae, # 2 Text of Proposed Order).(St. John, Richard) (Entered: 03/02/2022) |
| 03/02/2022 | 35 | MEMORANDUM OF LAW in Support re: 34 MOTION to File Amicus Brief . . Document filed by Law Professors..(St. John, Richard) (Entered: 03/02/2022) |
| 03/02/2022 | 36 | ORDER: granting 34 Letter Motion to File Amicus Brief. ORDERED, that parties shall file letter by March 18, 2022 containing suggested independent third parties, if any, who should be asked to file briefs regarding the legal and practical effects of |

| | | |
|---|---|---|
| | | applying New York's Unauthorized Practice of Law rules to the proposed activities at issue. SO ORDERED. (Signed by Judge Paul A. Crotty on 3/02/2022) (ama) (Entered: 03/02/2022) |
| 03/02/2022 | 37 | NOTICE OF APPEARANCE by Peter Karanjia on behalf of Rebecca L. Sandefur..(Karanjia, Peter) (Entered: 03/02/2022) |
| 03/02/2022 | 38 | MOTION for Leave to File Amicus Brief *of Rebecca L. Sandefur in Support of Plaintiffs' Motion for Preliminary Injunction*. Document filed by Rebecca L. Sandefur. (Attachments: # 1 Proposed Amicus Brief, # 2 Text of Proposed Order).(Karanjia, Peter) (Entered: 03/02/2022) |
| 03/02/2022 | 39 | MEMORANDUM OF LAW in Support re: 38 MOTION for Leave to File Amicus Brief *of Rebecca L. Sandefur in Support of Plaintiffs' Motion for Preliminary Injunction*. . Document filed by Rebecca L. Sandefur..(Karanjia, Peter) (Entered: 03/02/2022) |
| 03/02/2022 | 40 | DECLARATION of Peter Karanjia in Support re: 38 MOTION for Leave to File Amicus Brief *of Rebecca L. Sandefur in Support of Plaintiffs' Motion for Preliminary Injunction*.. Document filed by Rebecca L. Sandefur..(Karanjia, Peter) (Entered: 03/02/2022) |
| 03/03/2022 | 41 | MOTION for David Halleck Fry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25809936. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Law Professors. (Attachments: # 1 Affidavit of David H. Fry in support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order Granting Motion for Admission Pro Hac vice).(Fry, David) (Entered: 03/03/2022) |
| 03/03/2022 | 42 | MOTION for Andrew T. Nguyen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25810234. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Law Professors. (Attachments: # 1 Affidavit Affidavit Of Andrew T. Nguyen, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order).(Nguyen, Andrew) (Entered: 03/03/2022) |
| 03/03/2022 | 43 | MOTION for Paul M. Sherman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25811597. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Institute for Justice. (Attachments: # 1 Exhibit A − Certificate of Good Standing, # 2 Exhibit B − Affidavit of Paul M. Sherman in Support of Motion for Admission Pro Hac Vice, # 3 Text of Proposed Order).(Sherman, Paul) (Entered: 03/03/2022) |
| 03/03/2022 | 44 | MOTION for Robert J. McNamara to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25811705. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Institute for Justice. (Attachments: # 1 Exhibit A − Certificate of Good Standing, # 2 Exhibit B − Affidavit of Robert J. McNamara in Support of Motion for Admission Pro Hac Vice, # 3 Text of Proposed Order).(McNamara, Robert) (Entered: 03/03/2022) |
| 03/03/2022 | 45 | MEMORANDUM OF LAW in Support re: 5 MOTION for Preliminary Injunction . . Document filed by Institute for Justice..(Aronin, William) (Entered: 03/03/2022) |
| 03/03/2022 | 46 | LETTER MOTION for Extension of Time to File *Opposition to Motion for Preliminary Injunction and Response to the Court's Request for a Briefing Schedule on the Amicus Brief Filed by the Institute for Justice* addressed to Judge Paul A. Crotty from Matthew J. Lawson dated March 3, 2022. Document filed by Letitia James..(Lawson, Matthew) (Entered: 03/03/2022) |
| 03/04/2022 | 47 | ORDER granting 46 Letter Motion for Extension of Time to File. The requested three week extension to file an opposition after the amicus briefs are filed is granted. SO ORDERED.. (Signed by Judge Paul A. Crotty on 3/4/2022) (ks) (Entered: 03/04/2022) |
| 03/04/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 41 MOTION for David Halleck Fry to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25809936. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/04/2022) |

| Date | No. | Description |
|---|---|---|
| 03/04/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 42 MOTION for Andrew T. Nguyen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25810234. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/04/2022) |
| 03/04/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 43 MOTION for Paul M. Sherman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25811597. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 03/04/2022) |
| 03/11/2022 | 48 | ORDER granting 41 Motion for David Halleck Fry to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/11/2022) |
| 03/11/2022 | 49 | ORDER granting 42 Motion for Andrew T. Nguyen to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/11/2022) |
| 03/11/2022 | 50 | ORDER granting 43 Motion for Paul M. Sherman to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/11/2022) |
| 03/11/2022 | 51 | ORDER granting 44 Motion for Robert J. McNamara to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 03/11/2022) |
| 03/11/2022 | 52 | LETTER addressed to Judge Paul A. Crotty from Gregory Silbert dated March 11, 2022 re: Independent Third Parties. Document filed by Upsolve, Inc...(Silbert, Gregory) (Entered: 03/11/2022) |
| 03/14/2022 | | DOCKET ANNOTATION: The Court is in receipt of multiple Amicus Curiae briefs and they are deemed accepted by the Court. Any further Amicus Cariae briefs are due no later than March 28, 2022. The Defendant's opposition is due by April 18, 2022. SO ORDERED.(dgo) (Entered: 03/14/2022) |
| 03/16/2022 | 53 | LETTER addressed to Judge Paul A. Crotty from Matthew J. Lawson dated March 16, 2022 re: Independent Third Parties Who May Wish to File an Amicus Curiae Brief. Document filed by Letitia James..(Lawson, Matthew) (Entered: 03/16/2022) |
| 03/17/2022 | 54 | NOTICE OF APPEARANCE by Matthew D. Brinckerhoff on behalf of Advocate Amici..(Brinckerhoff, Matthew) (Entered: 03/17/2022) |
| 03/17/2022 | 55 | LETTER MOTION for Extension of Time *to File Amicus Brief* addressed to Judge Paul A. Crotty from Matthew D. Brinckerhoff dated 3/17/2022. Document filed by Advocate Amici..(Brinckerhoff, Matthew) (Entered: 03/17/2022) |
| 03/17/2022 | 56 | ORDER: granting 55 Letter Motion for Extension of Time. Advocate Amici may file their brief by April 13, 2022. SO ORDERED. Brief due by 4/13/2022. (Signed by Judge Paul A. Crotty on 3/17/2022) (ama) (Entered: 03/17/2022) |
| 04/13/2022 | 57 | MEMORANDUM OF LAW in Opposition re: 5 MOTION for Preliminary Injunction . *On Behalf of Amici Curiae Consumer Law Experts, Civil Legal Services Organizations and Civil Rights Organizations ("Advocate Amici")*. Document filed by Advocate Amici..(Brinckerhoff, Matthew) (Entered: 04/13/2022) |
| 04/15/2022 | 58 | MEMORANDUM OF LAW in Opposition re: 5 MOTION for Preliminary Injunction . . Document filed by Letitia James..(Lawson, Matthew) (Entered: 04/15/2022) |
| 04/18/2022 | 59 | LETTER MOTION for Extension of Time to File Response/Reply *(Extension of time to submit a reply in support of Plaintiffs' Motion for a Preliminary Injunction)* addressed to Judge Paul A. Crotty from Gregory Silbert dated April 18, 2022., LETTER MOTION for Oral Argument *(Court schedule oral argument on the Motion)* addressed to Judge Paul A. Crotty from Gregory Silbert dated April 18, 2022. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 04/18/2022) |
| 04/19/2022 | 60 | ORDER granting 59 Letter Motion for Extension of Time to File Response/Reply re 59 . The requested extension to May 2, 2022 is granted. Oral argument will be held on |

| | | |
|---|---|---|
| | | Thursday, May 12, 2022 at 11:30 AM in courtroom 14–C. SO ORDERED. (HEREBY ORDERED by Judge Paul A. Crotty)(Text Only Order) (dgo) (Entered: 04/19/2022) |
| 05/02/2022 | 61 | NOTICE OF APPEARANCE by Elizabeth Grefrath–Sessions on behalf of Rev. John Udo–Okon, Upsolve, Inc...(Grefrath–Sessions, Elizabeth) (Entered: 05/02/2022) |
| 05/02/2022 | 62 | REPLY MEMORANDUM OF LAW in Support re: 5 MOTION for Preliminary Injunction . . Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 05/02/2022) |
| 05/10/2022 | 63 | ERWIN ROSENBERG'S MOTION FOR PERMISSIVE INTERVENTION, re: to Intervene purs. to Rule 24(b).(sc) (Entered: 05/10/2022) |
| 05/12/2022 | | CALENDAR ENTRY **REMINDER**: Oral Argument scheduled to go forward today: Thursday, May 12, 2022 @ 11:30 AM, 500 Pearl Street, Courtroom 14–C before Judge Paul A. Crotty, U.S.D.J. ----- A PDF IS NOT ATTACHED TO THIS ENTRY ----- (By David Gonzalez – Courtroom Deputy). (dgo) (Entered: 05/12/2022) |
| 05/12/2022 | | Minute Entry for proceedings held before Judge Paul A. Crotty: Oral Argument held on 5/12/2022 re: 5 MOTION for Preliminary Injunction . filed by Rev. John Udo–Okon, Upsolve, Inc.. REMARK: Counsel for both sides appeared. The Court heard argument from both sides and will render a decision on the request for a PI in due time. See transcript for details. (Court Reporter Raquel Robbles) (dgo) (Entered: 05/16/2022) |
| 05/23/2022 | 64 | ERWIN ROSENBERG'S AMENDED MOTION FOR PERMISSIVE INTERVENTION.(sc) Modified on 5/24/2022 (sc). (Entered: 05/23/2022) |
| 05/23/2022 | 65 | RESPONSE in Opposition to Motion re: 64 MOTION to Intervene., 63 MOTION to Intervene. . Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 05/23/2022) |
| 05/24/2022 | 66 | TRANSCRIPT of Proceedings re: Oral Argument held on 5/12/2022 before Judge Paul A. Crotty. Court Reporter/Transcriber: Raquel Robles, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/14/2022. Redacted Transcript Deadline set for 6/24/2022. Release of Transcript Restriction set for 8/22/2022..(Moya, Goretti) (Entered: 05/24/2022) |
| 05/24/2022 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Oral Argument proceeding held on 5/12/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 05/24/2022) |
| 05/24/2022 | 68 | OPINION & ORDER re: 5 MOTION for Preliminary Injunction . filed by Rev. John Udo–Okon, Upsolve, Inc.. Plaintiffs' motion for a preliminary injunction is GRANTED. The parties are directed to jointly submit a Civil Case Management Plan in accordance with the Court's Individual Practices by June 3, 2022. The Clerk of Court is respectfully directed to close the motion at ECF Number 5. SO ORDERED. (Signed by Judge Paul A. Crotty on 5/24/2022) (ks) (Entered: 05/24/2022) |
| 05/25/2022 | 69 | ORDER: denying 63 Motion to Intervene; denying 64 Motion to Intervene. For the reasons stated in the Court's Opinion granting Plaintiffs' motion for a preliminary injunction, Rosenberg seeks much broader relief than Plaintiffs, and is not similarly situated. See ECF No. 68 at 17 n.6. His intervention would deeply complicate the issues presented and delay the proceedings. Therefore, his motion to intervene is DENIED. The Clerk of Court is respectfully directed to close the motion at ECF Numbers 63 and 64. SO ORDERED. (Signed by Judge Paul A. Crotty on 5/25/2022) (ama) (Entered: 05/25/2022) |
| 05/31/2022 | 70 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Paul A. Crotty from Matthew J. Lawson dated May 31, 2022. Document filed by Letitia James..(Lawson, Matthew) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 06/01/2022 | 71 | LETTER MOTION for Extension of Time to File *Civil Case Management Plan* addressed to Judge Paul A. Crotty from Gregory Silbert dated June 1, 2022. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 06/01/2022) |
| 06/02/2022 | 72 | ORDER: granting 71 Letter Motion for Extension of Time to File. The time to submit the CCMP is extended to July 15, 2022. SO ORDERED. (Signed by Judge Paul A. Crotty on 6/02/2022) (ama) (Entered: 06/02/2022) |
| 06/06/2022 | 73 | CONSENT LETTER MOTION for Extension of Time to File *Motion for Attorneys' Fees* addressed to Judge Paul A. Crotty from Gregory Silbert dated June 6, 2022. Document filed by Rev. John Udo–Okon, Upsolve, Inc...(Silbert, Gregory) (Entered: 06/06/2022) |
| 06/06/2022 | 74 | ORDER granting 70 Letter Motion for Extension of Time to Answer re 70 LETTER MOTION for Extension of Time to File Answer addressed to Judge Paul A. Crotty from Matthew J. Lawson dated May 31, 2022., 1 Complaint. Defendant's time to answer is extended to July 15, 2022. SO ORDERED. Letitia James answer due 7/15/2022. (Signed by Judge Paul A. Crotty on 6/2/2022) (kv) (Entered: 06/06/2022) |
| 06/07/2022 | 75 | ORDER granting 73 Letter Motion for Extension of Time to File. Motion for attorneys' fees may be filed 14 days after final judgment is entered. SO ORDERED. (Signed by Judge Paul A. Crotty on 6/7/2022) (tg) (Entered: 06/07/2022) |
| 06/13/2022 | 76 | EDWIN ROSENBERG'S MOTION FOR RECONSIDERATION OF (E.C.F. NO. 69) ORDER DENYING ROSENBERG'S MOTION FOR PERMISSIVE INTERVENTION TO CORRECT A CLEAR ERROR. Document filed by Erwin Rosenberg, proposed intervenor.(sc) (Entered: 06/21/2022) |
| 06/22/2022 | 77 | NOTICE OF INTERLOCUTORY APPEAL from 68 Memorandum & Opinion,. Document filed by Letitia James. Filing fee $ 505.00, receipt number ANYSDC–26312525. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Lawson, Matthew) (Entered: 06/22/2022) |
| 06/22/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 77 Notice of Interlocutory Appeal,..(nd) (Entered: 06/22/2022) |
| 06/22/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 77 Notice of Interlocutory Appeal, filed by Letitia James were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/22/2022) |