

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

July 6, 2022

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

 Re: *Upsolve, Inv. v. James*, No. 22-1345

Dear Ms. Wolfe:

 Pursuant to Local Rule 31.2(a)(1)(A), we respectfully request that the appellants' brief be due on October 5, 2022, which is ninety-one days after the ready date (July 6, 2022).

        Respectfully submitted,

        /s/ Cleland B. Welton II

        Cleland B. Welton II
        Assistant Solicitor General

cc via ECF: Zachary D. Tripp, Esq.