UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,


UPSOLVE, INC.

v.

JAMES, LETITIA


CERTIFICATE OF SERVICE

I certify that on July 29 , 2022 I served by placing in a mailbox a copy of Motion

Information Statement and Motion to Intervene on Appeal to Appellee via Zack Tripp,

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 and Appellant

via Cleland B. Welton II, Assistant Solicitor General, State of New York, Office of the

Attorney General, 28 Liberty St, New York, NY 10005-1400 and emailed a copy to

prosecases@ca2.uscourts.gov

Respectfully Submitted,


*/s// Erwin Rosenberg*
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com
