# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1345

UPSOLVE, INC. v. JAMES

Caption [use short title]

**Motion for:** INTERVENE ON APPEAL

Set forth below precise, complete statement of relief sought:

ERWIN ROSENBERG WOULD LIKE TO INTERVENE IN THIS APPEAL.

RECEIVED
2022 JUL 27 PM 2:19
U.S. CLERK'S OFFICE
U.S. COURT OF APPEALS

**MOVING PARTY:** ERWIN ROSENBERG

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** APPELLANT AND APPELLEE

**MOVING ATTORNEY:** PRO-SE

**OPPOSING ATTORNEY:** CLELAND WELTON AND ZACK TRIPP

[name of attorney, with firm, address, phone number and e-mail]

ERWIN ROSENBERG (PRO-SE)

1000 WEST ISLAND BLVD # 1011

AVENTURA, FLORIDA 33160

erwinrosenberg@gmail.com

786-299-2789

Court-Judge/Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

(Only Attorney Cleland Welton intends to file a response.)

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this Court?    ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
Erwin Rosenberg (pro se)    **Date:** July 18, 2022

Service by: ☑ CM/ECF    ☐ Other [Attach proof of service]
(Date of service will be date when the Court clerk files this document).

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,

UPSOLVE, INC.

v.

JAMES, LETITIA

### <u>ERWIN ROSENBERG'S MOTION TO INTERVENE ON APPEAL</u>

This Court should allow intervention on appeal if the movant has a legal interest that one

seeks to protect. See <u>Cameron v. EMW Women's Surgical Center, PSC,</u> 142 S. Ct. 1002,

1010 (2022)("No statute or rule provides a general standard to apply in deciding whether

intervention on appeal should be allowed. The Federal Rules of Appellate Procedure

make only one passing reference to intervention, and that reference concerns the review

of agency action. See Rule 15(d); <u>Amalgamated Transit Union Int'l, AFL-CIO v.</u>

<u>Donovan,</u> 771 F.2d 1551, 1553, n. 3 (C.A.D.C. 1985). Without any rule that governs

appellate intervention, we have looked elsewhere for guidance. Thus we have considered

the "policies underlying intervention" in the district courts, <u>Automobile Workers v.</u>

<u>Scofield,</u> 382 U.S. 205, 217, n. 10, 86 S.Ct. 373, 15 L.Ed.2d 272 (1965), including the

legal "interest" that a party seeks to "protect" through intervention on appeal. Fed. Rule

Civ. Proc. 24(a)(2)."). Erwin Rosenberg is a person who wants to practice law in New

York and therefore has an interest in making a First Amendment constitutional facial

attack against the New York lawyer licensing scheme.

1

This Court has held that a party challenging a state law pre-enforcement constitutes a facial, rather than as-applied challenge. See Jacoby & Meyers v. Presiding Justices, 852 F. 3d 178, 184 (2nd Cir. 2017)("On appeal, they do not address the issue until their reply brief. In any event, "[b]ecause plaintiffs pursue this pre-enforcement appeal before they have been charged with any violation of law, it constitutes a facial, rather than as-applied challenge." N.Y.S. Rifle & Pistol Ass'n, Inc. v. Cuomo, 804 F.3d 242, 265 (2d Cir. 2015) (internal quotation marks omitted).").

Rosenberg has explained to the district court why New York's lawyer licensing scheme is facially violative of the First Amendment. See Index ECF 73 (but note that the motion incorrectly says that Rosenberg's specific references to Riley are cited favorably in Nifla v. Becerra, 138 S. Ct. 2361, 2374 (2018)). After this appeal was filed the district court denied Rosenberg's motion to reconsider his motion to intervene. Nifla v. Becerra, 138 S. Ct. 2361, 2374 (2018) describes Riley as a strict scrutiny case.

Wherefore Erwin Rosenberg moves to intervene in this appeal.

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022 I served this paper on all parties registered via this Court's electrinic filing of this paper and a copy was mailed to Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 .

DATE of CM/ECF SERVICE will be DATE when Court clerk Files THIS DOCUMENT.

2

Respectfully Submitted,

/s// Erwin Rosenberg
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

3

Erwin Rosenberg
1000 WEST 15GRAND BLVD #1011
AVENTURA, FL. 33160



7022 0410 0000 4001 6850

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



UNITED STATES
POSTAL SERVICE®

1020



10007

U.S. POSTAGE PAID
FCM LETTER
NORTH MIAMI BEACH, FL
33160
JUL 18, 22
AMOUNT
**$4.00**
R2303S103402-20



U S A ★ FOREVER ★

THURGOOD MARSHALL U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 100

**USM**4LD
**SDNY**

10007-150729

Case 22-1345, Document 28, 07/29/2022, 3359120, Page5 of 6

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,


UPSOLVE, INC.

v.

JAMES, LETITIA


<u>CERTIFICATE OF SERVICE</u>

I certify that on July 29 , 2022 I served by placing in a mailbox a copy of Motion

Information Statement and Motion to Intervene on Appeal to Appellee via Zack Tripp,

Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 and Appellant

via Cleland B. Welton II, Assistant Solicitor General, State of New York, Office of the

Attorney General, 28 Liberty St, New York, NY 10005-1400 and emailed a copy to

prosecases@ca2.uscourts.gov

Respectfully Submitted,


*/s// Erwin Rosenberg*
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

1