## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve, Inc. v. James**   Docket No.: **22-1345**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Gregory Silbert**

Firm: **Weil, Gotshal & Manges LLP**

Address: **767 Fifth Avenue, New York, NY 10153**

Telephone: **(212) 310-8846**   Fax: **(212) 310-8007**

E-mail: **gregory.silbert@weil.com**

Appearance for: **Upsolve, Inc. and Rev. John Udo-Okon**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Zachary Tripp/Weil, Gotshal & Manges LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **July 13, 2020**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Gregory Silbert**

Type or Print Name: **Gregory Silbert**