# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-two.

Before:      Myrna Pérez,
                *Circuit Judge.*

_____

Upsolve, Inc., Reverend John Udo-Okon,

        Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1345

    Erwin Rosenberg moves to intervene in this matter. The Appellant and the Appellees both oppose the motion.

    IT IS HEREBY ORDERED that the motion is DENIED.

                              For the Court:

                              Catherine O'Hagan Wolfe,
                              Clerk of Court