# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1345

**Caption [use short title]:** Upsolve, Inc. v. James, Letitia

**Motion for:** FOR RECONSIDERATION OF ORDER DENYING MOTION TO INTERVENE ON APPEAL

**Set forth below precise, complete statement of relief sought:**

I would like this Court to vacate the order denying Rosenberg's motion to intervene on appeal and for the Court to appoint a motions panel of at least three Justices to hear Rosenberg's motion to intervene on appeal.

**MOVING PARTY:** Erwin Rosenberg
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Appellant and Appellee

**MOVING ATTORNEY:** Erwin Rosenberg (pro se)

**OPPOSING ATTORNEY:** Zack Tripp and Cleland B. Welton, II.

[name of attorney, with firm, address, phone number and e-mail]

Erwin Rosenberg (pro se)
1000 West Island Blvd. 1011
Aventura, Florida 33160

**Court-Judge/Agency appealed from:**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know (Opposed by Appellant and Appellee).

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know
(Neither Appellant nor Appellee will file a response).

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
Erwin Rosenberg (pro se)   **Date:** August 18, 2022   **Service by:** ☐ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,

UPSOLVE, INC.

v.

JAMES, LETITIA

ERWIN ROSENBERG'S MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO INTERVENE ON APPEAL

This Court via a Single Justice the Honorable Myrna Pérez denied Rosenberg's motion for intervention on appeal. See Document 44. However it appears that the law may require that a panel issue the decision. See Cameron v. EMW Women's Surgical Center, PSC, 142 S. Ct. 1002, 1013 (2022)("As discussed, the attorney general's motion was timely, and intervention would not have produced anything like the disruption that the Court cited in NAACP v. New York. Thus, **the panel** was mistaken in finding that the attorney general's motion was untimely.")(emphasis added). See also 28 U.S. Code § 46(b)("In each circuit the court may authorize the hearing and determination of cases and controversies by separate **panels, each consisting of three judges,** at least a majority of whom shall be judges of that court, unless such judges cannot sit because recused or disqualified, or unless the chief judge of that court certifies that there is an emergency including, but not limited to, the unavailability of a judge of the court because of illness. Such panels shall sit at the times and places and hear the cases and controversies assigned

1

as the court directs.")(emphasis added). See also *DYJ Holdings Inc. v. Intercontinental Exchange, Inc.*, Court of Appeals, Case No. 20-1492-cv. (2nd Circuit 2022(Summary Order) ("A motions **panel** of this Court granted DYJ's motion to intervene and denied Defendants' motion to dismiss on April 6, 2021.")(Summary Order)(emphasis added). https://scholar.google.com/scholar_case?case=13060151094506924372&q=%22intervene+on+appeal%22+panel&hl=en&scisbd=2&as_sdt=4,107,122

Wherefore Rosenberg moves for reconsideration of the order denying Rosenberg's motion for intervention on appeal.

CERTIFICATE OF SERVICE

I certify that on August 15, 2022 I served by placing in a mailbox a copy of this Motion for Reconsideration to Appellees via Zack Tripp, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 and emailed to Zack.Tripp@weil.com and Appellant via Cleland B. Welton II, Assistant Solicitor General, State of New York, Office of the Attorney General, 28 Liberty St, New York, NY 10005-1400 and emailed to Cleland.Welton@ag.ny.gov and emailed a copy to prosecases@ca2.uscourts.gov

Respectfully Submitted,

*/s// Erwin Rosenberg*
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,

UPSOLVE, INC.

v.

JAMES, LETITIA

CERTIFICATE OF SERVICE

I certify that on August 18, 2022 I served by placing in a mailbox a copy of this Motion Information Statement to Appellees via Zack Tripp, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 and emailed to Zack.Tripp@weil.com and Appellant via Cleland B. Welton II, Assistant Solicitor General, State of New York, Office of the Attorney General, 28 Liberty St, New York, NY 10005-1400 and emailed to Cleland.Welton@ag.ny.gov and emailed a copy to prosecases@ca2.uscourts.gov

Respectfully Submitted,

/s// *Erwin Rosenberg*
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com