**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: September 01, 2022<br>Docket #: 22-1345cv<br>Short Title: Upsolve, Inc. v. James | DC Docket #: 22-cv-627<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Crotty |

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for reconsideration filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, September 20, 2022.

Inquiries regarding this case may be directed to 212-857-8595.