S.D.N.Y. – N.Y.C.
22-cv-627
Crotty, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of September, two thousand twenty-two.

Present:
> Reena Raggi,
> Richard C. Wesley,
> Raymond J. Lohier, Jr.,
> > *Circuit Judges*.

Upsolve, Inc., Reverend John Udo-Okon,

> *Plaintiffs-Appellees*,

v. 22-1345

Letitia James,
in her official capacity as Attorney General of the State of New York,

> *Defendant-Appellant*.

Erwin Rosenberg, pro se, moves for reconsideration of the denial of his motion for intervention. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See* Fed. R. App. P. 27(c) ("A circuit judge may act alone on any motion."); *see also Floyd v. City of New York*, 770 F.3d 1051, 1062 (2d Cir. 2014) (per curiam).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

