**Weil, Gotshal & Manges LLP**

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gregory Silbert**
+1 (212) 310-8846
gregory.silbert@weil.

October 10, 2022

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: *Upsolve, Inc., et al., v. James*, Case No. 22-1345**

Dear Ms. Wolfe:

    We represent plaintiffs-appellees Upsolve, Inc. and Rev. John Udo-Okon ("Appellees") in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(B) of the United States Court of Appeals for the Second Circuit, Appellees respectfully request that the Court set the deadline by which the Appellees are to submit its brief as Wednesday, January 4, 2023.

Respectfully submitted,

*/s/ Gregory Silbert*
Gregory Silbert

cc: Counsel of Record (via ECF)