UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of October, two thousand twenty-two,

_____

Upsolve, Inc., Reverend John Udo-Okon,

    Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

    Defendant - Appellant.

_____

**ORDER**
Docket No: 22-1345

    Counsel for APPELLEES has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 4, 2023 as the brief filing date.

    It is HEREBY ORDERED that Appellees' brief must be filed on or before January 4, 2023. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court