# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve v. James**  Docket No.: **22-1345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew D. Brinckerhoff

Firm: Emery Celli Brinckerhoff Abady Ward & Maazel LLP

Address: 600 Fifth Avenue, 10th Floor

Telephone: 212-763-5000  Fax: 212-763-5001

E-mail: mbrinckerhoff@ecbawm.com

Appearance for: Amici Curiae Civil Legal Services Organizations, Consumer and Access-To-Justice Experts, and Civil Rights Organizations
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Letitia James, NY Attorney General/Defendant-Appellant )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/5/97, renewed on 10/23/14 and 9/23/19  OR

☐ I applied for admission on _____ .

Signature of Counsel: *Matthew Brinckerhoff*

Type or Print Name: Matthew D. Brinckerhoff