# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-two.

_____

| | |
|---|---|
| Upsolve, Inc., Reverend John Udo-Okon, | **ORDER** |
| Plaintiffs - Appellees, | Docket No. 22-1345 |
| v. | |
| Letitia James, in her official capacity as Attorney General of the State of New York, | |
| Defendant - Appellant. | |

_____

Access Justice Brooklyn, Asian American Legal Defense and Education Fund, CAMBA Legal Services, District Council 37 Municipal Employees Legal Services, Fordham Law School Feerick Center for Social Justice, Legal Assistance of Western New York, Legal Services of the Hudson Valley, Legal Services NYC, Mobilization for Justice, New Economy Project, New York Legal Assistance Group, Northern Manhattan Improvement Corporation, Queens Volunteer Lawyers Project, Inc., TakeRoot Justice, The UC Berkeley Center for Consumer Law and Economic Justice, and The Western New York Law Center move for leave to file a brief as *Amici Curiae* in support of Appellant.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

