## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve, Inc. v. James**  Docket No.: **22-1345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Robert J. McNamara

Firm: Institute for Justice

Address: 901 N. Glebe Road, Suite 900, Arlington, VA 22203

Telephone: (703) 682-9320   Fax: (703) 682-9321

E-mail: rmcnamara@ij.org

Appearance for: Plaintiffs-Appellees: Upsolve, Inc., and Rev. John Udo-Okon
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Robert Niles-Weed, Weil, Gotshal & Manges LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 03/20/2019 OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Robert J. McNamara

Type or Print Name: Robert J. McNamara