# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Gregory Silbert**
+1 (212) 310-8846
gregory.silbert@weil.com

BY ECF

November 29, 2022

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** *Upsolve, Inc., et al., v. James*, **No. 22-1345**

Dear Ms. Wolfe:

I write to inform the Court that the Plaintiffs-Appellees in the above-captioned matter are now represented by the Institute for Justice. Weil, Gotshal & Manges LLP are withdrawing as counsel and will no longer be representing Plaintiffs-Appellees Upsolve, Inc. and Rev. John Udo-Okon. The appropriate Notice of Appearance for Substitute, Additional, or Amicus Counsel was submitted via the Court's electronic filing system earlier today. Further correspondence regarding this litigation may be directed to Robert J. McNamara, Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203 and via phone at (702) 682-9320 or email at rmcnamara@ij.org.

Respectfully submitted,

*/s/ Gregory Silbert*
Gregory Silbert

cc: Counsel of Record (via ECF)