# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve, Inc. v. James**  Docket No.: **22-1345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Brian A. Morris**

Firm: **Institute for Justice**

Address: **901 N. Glebe Road, Suite 900, Arlington, VA 22203**

Telephone: **(703) 682-9320**  Fax: **(703) 682-9321**

E-mail: **bmorris@ij.org**

Appearance for: **Plaintiffs-Appellees: Upsolve, Inc., and Rev. John Udo-Okon**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Robert J. McNamara, Institute for Justice** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **November 21, 2022**  OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Brian A. Morris**

Type or Print Name: **Brian A. Morris**