**22-1345**

Erwin Rosenberg
1000 West Island Blvd -11011
Aventura, FL 33160

RECEIVED
2022 DEC 21 PM 4:12
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of November two thousand twenty-two.

Before:     Reena Raggi,
                Richard C. Wesley,
                Raymond J. Lohier, Jr.,
                *Circuit Judges.*

---

Upsolve, Inc., Reverend John Udo-Okon,

         Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as
Attorney General of the State of New York,

         Defendant - Appellant.

**ORDER**

Docket No. 22-1345

---

Erwin Rosenberg, pro se, moves for the merits panel to revisit his motion to intervene.

IT IS HEREBY ORDERED that the motion is DENIED.

                                                      For the Court:

                                                      Catherine O'Hagan Wolfe,
                                                      Clerk of Court

**CLERK'S OFFICE**
**U.S. COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.57⁹
12/02/2022 ZIP 10007
043M31215156

US POSTAGE

NIXIE      331   SE  1         2212/14/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 10007       *0706-00136-07-31

ANK
3316024925 007