UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1345

**Motion for:** 14-day extension of time in which to file the reply brief.

**Caption [use short title]**

Upsolve, Inc. v. James

Set forth below precise, complete statement of relief sought:

A 14-day extension of time, to and including February 8, 2023, in which to file the reply brief.

**MOVING PARTY:** Letitia James, in her official capacity
**OPPOSING PARTY:** Upsolve, Inc. & Rev. John Udo-Okon

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Cleland B. Welton II
**OPPOSING ATTORNEY:** Robert J. McNamara

[name of attorney, with firm, address, phone number and e-mail]

Office of the New York State Attorney General | Institute for Justice
28 Liberty Street, New York, NY 10005 | 901 North Glebe Road, Suite 900, Arlington, VA 22203
(212) 416-6197 | cleland.welton@ag.ny.gov | (703) 682-9320 | rmcnamara@ij.org

**Court-Judge/Agency appealed from:** S.D.N.Y. (Crotty, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:

**Signature of Moving Attorney:**
/s/ Cleland B. Welton II   **Date:** January 7, 2023   **Service by:** ☐ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

UPSOLVE, INC. and REV. JOHN UDO-OKON,

                Plaintiffs-Appellees,

      v.                                    No. 22-1345

LETITIA JAMES, in her official capacity as
Attorney General of New York,

                Defendant-Appellant.

**AFFIRMATION IN SUPPORT OF MOTION ON CONSENT FOR 14-DAY EXTENSION OF TIME TO FILE REPLY BRIEF**

     CLELAND B. WELTON II, an attorney duly admitted to practice in the Courts of this State and in the U.S. Court of Appeals for the Second Circuit, affirms the following under penalty of perjury:

     1.    I am an Assistant Solicitor General in the Office of Letitia James, Attorney General of New York, and counsel for defendant-appellant in this matter. I make this affirmation in support of appellant's motion, on consent, for a 14-day extension of time (to and including February 8, 2023) in which to file the reply brief.

1

2. Plaintiffs-appellees filed their answering brief on January 4, 2023. ECF 103. Appellant's reply brief is currently due by January 25, 2023. L.R. 32.2(a)(2). With the requested extension, the due date for the reply brief will thus be February 8, 2023.

3. I respectfully submit that the following extraordinary circumstances warrant the requested extension (*see* L.R. 27.1(f)(1)):

    a. I am the father of a fifteen-month-old son. On January 2, 2023, my son's caregiver developed symptoms and tested positive for Covid-19. As a result, my family has been without the childcare on which we ordinarily rely.

    b. After developing symptoms, my son also tested positive for Covid-19 on January 6, 2023.

    c. Although my wife and I have not yet developed symptoms, we are close contacts of both my son and his caregiver. We both therefore face a fair likelihood of developing symptoms and testing positive for Covid-19 in the near future.

    d. While I have attempted in the available time to begin preparation of the reply brief, the unanticipated demands of caring for a sick child have hindered my ability to prepare the brief. Given

the nature of this disease, and the possibility that my wife or I may also fall ill, I am uncertain as to when I will be able to devote the necessary attention to preparing the brief.

4. In addition, I have been notified that at least four briefs of amici curiae supporting appellees will be filed on or about January 11, 2023. Preparing a reply brief that will be most helpful to the Court will require substantial time to review those briefs and to address any significant points that they may raise.

5. Appellant has made no prior motion to extend the time to file this brief. *See* L.R. 27.1(f)(2).

6. This motion is being made as soon as practicable after the extraordinary circumstance arose. *See* L.R. 27.1(f)(3). My son tested positive for Covid-19 on January 6, 2023, and this motion is being made the following day.

7. No party would be prejudiced by the requested extension. Through counsel, appellees have consented to the requested extension.

8. The appeal has not yet been set for oral argument.

WHEREFORE, it is respectfully requested that this Court grant appellant's motion for a 14-day extension of time to file the reply brief.

Dated: New York, New York
January 7, 2023

/s/ Cleland B. Welton II

CLELAND B. WELTON II
Assistant Solicitor General

## CERTIFICATE OF COMPLIANCE

Pursuant to Rules 27 and 32 of the Federal Rules of Appellate Procedure, Cleland B. Welton II hereby certifies that according to the word count feature of the word processing program used to prepare this document, the document contains 489 words and complies with the typeface requirements and length limits of Rules 27(d) and 32(a)(5)-(6).

/s/ Cleland B. Welton II

CLELAND B. WELTON II
Assistant Solicitor General