# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand twenty-three.

_____

| | |
|---|---|
| Upsolve, Inc., Reverend John Udo-Okon, | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 22-1345 |
| v. | |
| Letitia James, in her official capacity as Attorney General of the State of New York, | |
|     Defendant - Appellant. | |

_____

    Appellant moves for an extension of time to February 8, 2023 to file the reply brief. Appellees do not oppose this request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                              For the Court:

                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court