### NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve, Inc. v. James**   Docket No.: **22-1345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Jodie C. Liu**

Firm: **Orrick, Herrington & Sutcliffe**

Address: **51 W 52nd St, New York, NY 10019**

Telephone: **212-506-5000**   Fax:

E-mail: **jodie.liu@orrick.com**

Appearance for: **The NAACP; The NAACP New York State Conference (Amici Curiae)**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Upsolve, Inc.; Reverend John Udo-Okon (Plaintiffs-Appellees)** )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **January 9, 2023**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **/s/ Jodie C. Liu**

Type or Print Name: **Jodie C. Liu**