# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Upsolve, Inc. v. James   Docket No.: 22-1345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Sloan

Firm: Orrick, Herrington & Sutcliffe

Address: 1152 15th Street, N.W., Washington, D.C. 20005

Telephone: 212-339-8591   Fax:

E-mail: ssloan@orrick.com

Appearance for: The NAACP; The NAACP New York State Conference (Amici Curiae)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Upsolve, Inc.; Reverend John Udo-Okon (Plaintiffs-Appellees))
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 5, 2020   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sarah Sloan

Type or Print Name: Sarah Sloan