# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Upsolve, Inc. v. James**  Docket No.: **22-1345**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Joseph R. Schottenfeld**

Firm: **NAACP Office of General Counsel**

Address: **4805 Mt. Hope Dr., Baltimore, MD 21215**

Telephone: **(410) 580-5777**  Fax:

E-mail: **jschottenfeld@naacpnet.org**

Appearance for: **The NAACP; The NAACP New York State Conference (Amici Curiae)**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Upsolve, Inc.; Reverend John Udo-Okon (Plaintiffs-Appellees)** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Joseph Schottenfeld**