# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Upsolve, Inc. v. Letitia James       Docket No.: 22-1345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Miles E. Coleman

Firm: Nelson Mullins Riley & Scarborough LLP

Address: 2 West Washington Street, Fourth Floor, Greenville, SC 29601

Telephone: (864) 373-2352     Fax: (864) 373-2925

E-mail: miles.coleman@nelsonmullins.com

Appearance for: amici curiae law professors
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Upsolve, Inc. and Rev. John Udo-Ukon / Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Miles E. Coleman

Type or Print Name: Miles E. Coleman