# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1345

**Caption [use short title]**

**Motion for:** leave to file brief of amici curiae law professors in support of Plaintiffs-Appellees and affirmance.

Set forth below precise, complete statement of relief sought:

An order granting leave to file the amicus brief attached to this Motion as Exhibit A.

Upsolve, Inc. v. Letitia James

**MOVING PARTY:** amici curiae law professors    **OPPOSING PARTY:** None

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Miles E. Coleman    **OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Nelson Mullins Riley & Scarborough LLP
2 West Washington Street, Fourth Floor, Greenville, SC 29601
(864) 373-2352  |  miles.coleman@nelsonmullins.com

**Court- Judge/ Agency appealed from:** Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

s/ Miles E. Coleman    **Date:** January 11, 2023    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 22-1345

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

———————

UPSOLVE, INC. and REV. JOHN UDO-UKON,

*Plaintiffs-Appellees*,

v.

LETITIA JAMES, in her official capacity as Attorney General of New York,

*Defendant-Appellant*.

———————

On Appeal from the United States District Court
for the Southern District of New York

———————

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
*AMICI CURIAE* LAW PROFESSORS IN SUPPORT OF
PLAINTIFFS-APPELLEES AND AFFIRMANCE**

———————

Miles E. Coleman
NELSON MULLINS RILEY & SCARBOROUGH, LLP
2 W. Washington Street / Fourth Floor
Greenville, SC  29601
miles.coleman@nelsonmullins.com
(864) 373-2352

Counsel for Movant *Amici Curiae*

## **R**ULE **26.1 C**ORPORATE **D**ISCLOSURE **S**TATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the Movant *amici curiae* state that, as natural persons, they have no parent corporations and are not held by any publicly held corporation.

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a), the law professors listed in the appendix to the proposed *amici curiae* brief, which is attached hereto as Exhibit A, respectfully seek leave to file an *amici curiae* brief in support of Plaintiffs-Appellees and Affirmance. Counsel for both parties have consented to the filing of the proposed *amici curiae* brief. In support of this Motion, the putative *amici* state as follows:

**I.     Statement of the movants' interest.**

*Amici* are professors of law who research, write, and teach about the regulation of the legal profession and about citizens' access to justice. They share a common interest in improving access to legal assistance for low- and moderate-income people facing debt collection actions. *Amici* have collectively spent hundreds of years studying the regulation of the practice of law. They have published extensively on the issues raised in this appeal. *See*, *e.g.*, Lauren Sudeall, *The Overreach of Limits on "Legal Advice,"* 131 THE YALE L.J. FORUM 637 (Jan. 3, 2022); Elizabeth Chambliss, *Evidence-Based Lawyer Regulation*, 97 WASH. U. L. REV. 297 (2019); Benjamin H. Barton, *The Lawyers' Monopoly—What Goes and*

*What Stays*, 82 FORDHAM L. REV. 3067 (2014); Renee Newman Knake, *Democratizing the Delivery of Legal Services*, 73 OHIO ST. L.J. 1 (2012).

## II. The proposed *amici curiae* brief is relevant and desirable.

The law professors' proposed brief is desirable and relevant to the consideration and disposition of this appeal by providing research, knowledge, and scholarship on the issues raised in this proceeding. As explained above, the professors have extensive knowledge or the history, purpose, justifications, empirical analysis, and contemporary practices of the regulation of the practice of law and, in particular, its effect on persons with limited access to legal advice and representation in various judicial and administrative fora.

In particular, the proposed *amici curiae* brief provides scholarly perspective on (i) the relatively recent advent of state prohibitions against the provision of legal advice by nonlawyers, (ii) the overbreadth and selective enforcement of such prohibitions, which results in an inconsistent and incoherent regulatory regime that chills the fair and efficient administration of justice, (iii) current practices and empirical evidence regarding the lack of harm (and the affirmative good) resulting from structured programs in which nonlawyers are trained to provide

2

specific, limited legal information and advice, and (iv) the fact that programs like the one at issue involve speech that is indistinguishable from (or, in fact, is *more* limited in its scope) than everyday speech about the law. Such consideration are pertinent to the consideration and disposition of this appeal, and *amici* believe their perspective will aid the Court in its consideration and analysis.

## CONCLUSION AND RELIEF REQUESTED

For the foregoing reasons, the law professors respectfully request that this Court grant leave to file their attached *amici curiae* brief.

>NELSON MULLINS RILEY & SCARBOROUGH LLP
>
>By: /s/ Miles E. Coleman
>　　Miles E. Coleman
>　　2 W. Washington Street / 4th Floor
>　　Greenville, SC  29601
>　　(864) 373-2352
>　　E-Mail: miles.coleman@nelsonmullins.com
>
>Counsel for *Amici Curiae*

January 11, 2023

## CERTIFICATE OF COMPLIANCE

1. This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a) and Local Rule 29.1(c) because this Motion contains 457 words.

2. This Motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1) and the type style requirements of Fed. R. App. P. 32(a) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

January 11, 2023

/s/ Miles E. Coleman
Miles E. Coleman

Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2023, I caused the foregoing Motion for Leave to File an *Amici Curiae* Brief to be filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Robert J. McNamara
Brian Morris
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, Virginia 22203
(703) 682-9320

*Counsel for Plaintiffs-Appellees*

Letitia James
*Attorney General*
Barbara D. Underwood
*Solicitor General*
Judith N. Vale
*Deputy Solicitor General*
Cleland B. Welton II
*Assistant Solicitor General of Counsel*
28 Liberty Street
New York, New York 10005
(212) 416-6197

*Counsel for Defendant-Appellant*

/s/ Miles E. Coleman
Miles E. Coleman

Counsel for *Amici Curiae*