## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Upsolve v. James                                   Docket No.: 22-1345

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: David Udell

Firm: National Center for Access to Justice

Address: 150 West 62nd Street, Room 7-165

Telephone: 917-445-3021                    Fax:

E-mail: dudell@fordham.edu

Appearance for: National Center for Access to Justice
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees )
(party/designation)

### CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 1-11-22

Signature of Counsel: *[signature]*

Type or Print Name: David S. Udell