**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: UPSOLVE, INC. v. LETITIA JAMES   Docket No.: 22-1345

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter Karanjia

Firm: DLA Piper LLP

Address: 500 8th Street NW, Washington, DC 20004

Telephone: 202-799-4000   Fax: 202-863-7855

E-mail: peter.karanjia@us.dlapiper.com

Appearance for: Amici Curiae Professor Rebecca L. Sandefur & Empirical Scholars
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

✔ Amicus (in support of: UPSOLVE, INC./Appellees )
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on March 3, 2022   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Peter Karanjia

Type or Print Name: Peter Karanjia