## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Upsolve, Inc. v. James                    Docket No.: 22-1345-cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Gregory A. Beck

Firm: Greg Beck Law Office

Address: 1250 Connecticut Ave. NW

Telephone: (202) 684-6339                    Fax:

E-mail: greg@beck.legal

**Appearance for:** Responsive Law
(party/designation)

**Select One:**

[ ] Substitute counsel (replacing lead counsel: _____ )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[✔] Amicus (in support of: Upsolve, Inc. and John Udo-Okon, Plaintiffs-Appellees )
(party/designation)

### CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on May 2, 2019                    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Gregory A. Beck

Type or Print Name: Gregory A. Beck