# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-three.

_____

Upsolve, Inc., Reverend John Udo-Okon,

    Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1345

    Movants, a group of Law Professors, move for leave to file an amicus curiae brief in support of Appellees. All parties consent to the filing of this amicus brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

> For the Court:
>
> Catherine O'Hagan Wolfe,
> Clerk of Court

