# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand twenty-three.

_____

Upsolve, Inc., Reverend John Udo-Okon,

           Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as
Attorney General of the State of New York,

           Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1345

The National Center for Access to Justice moves for leave to file an amicus curiae brief in support of Appellees.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court