

INSTITUTE FOR JUSTICE

January 24, 2023

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  RE: *Upsolve, Inc., et al.,* v. *Letitia James*
     Case No. 22-1345-cv
     28(j) Letter

Dear Ms. Wolfe:

  Pursuant to Federal Rule of Appellate Procedure 28(j), I write to draw the Court's attention to Judge O'Scannlain's statement regarding denial of rehearing en banc in *Tingley v. Ferguson*, Ninth Circuit case number 21-35815, which was joined by three other judges. *Tingley* is relevant to this appeal because the appellant has urged this Court to adopt the panel opinion in that case as the law of this circuit. *See* Opening Br. 38, 53–54, 58; *but see* Brief of Plaintiffs-Appellees 32–33 (responding to this argument).

  Judge O'Scannlain's statement illustrates both why this Court should not adopt *Tingley* and why even under *Tingley* the ruling below should be affirmed. This Court should not follow *Tingley*'s reasoning because, as Judge O'Scannlain observes, "[t]he Supreme Court has already spoken: a legislature cannot evade First Amendment scrutiny simply by labeling [ ] speech as conduct." Slip op. at 24. And even if *Tingley* were the law in this circuit, it would not require overturning the decision below or holding that legal advice is outside the protections of the First Amendment. After all, one of the reasons Judge O'Scannlain urges the Ninth Circuit to rehear *Tingley* is that the panel's holding that therapeutic speech is unprotected is in tension with Supreme Court precedent holding that "the First Amendment offers at least some protection to" legal advice. Slip op. at 14 (citing *Holder v. Humanitarian Law Project*, 561 U.S. 1, 27 (2010)); *see also* Brief of Plaintiffs-Appellees 44–45 (making the same point regarding *Humanitarian Law Project*).

ARLINGTON  AUSTIN  CHICAGO  MIAMI  MINNEAPOLIS  SEATTLE  TEMPE

901 N. Glebe Road, Suite 900 Arlington, VA 22203 (703) 682-9320 (703) 682-9321 Fax
general@ij.org  www.ij.org

January 24, 2023
Hon. Catherine O'Hagan Wolfe
Clerk of Court
Page 2

I thank the Court for its attention.

          Sincerely,

          /s/ Robert J. McNamara
          Robert J. McNamara
          Brian Morris
          INSTITUTE FOR JUSTICE
          901 North Glebe Road,
          Suite 900
          Arlington, Virginia 22203
          (703) 682-9320

          *Counsel for Appellants*

cc:    All Counsel (via ECF/CM)

## Certificate of Compliance

This letter brief complies with the type-volume limitation of Fed. R. App. P. 28(j) as it contains 259 words.

Dated: January 23, 2023           /s/ Robert J. McNamara
                                                      Robert J. McNamara

                                                      *Counsel for Appellant*