# Greg Beck
*Law Office*

greg@beck.legal
202.684.6339
1250 Connecticut Ave. NW
Suite 700
Washington, DC 20036

January 23, 2023

*Via electronic filing*

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Upsolve, Inc. v. James**
     No. 22-1345-cv

Dear Ms. O'Hagan Wolfe:

I represent amicus curiae Responsive Law, which—on consent of the parties—filed an amicus brief in this case on January 11, 2023. Your office informed me that the brief erroneously omitted the statement required by Federal Rule of Appellate Procedure 29(a)(4)(E), and requested that the statement be included in a letter to the Court.

Accordingly, I hereby state that no counsel for a party authored Responsive Law's amicus brief in whole or in part, and no party or party's counsel contributed money to fund preparing or submitting the brief. All parties have consented to the filing of this brief.

Respectfully submitted,

Greg Beck
*Counsel for Responsive Law*