# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand twenty-three.

_____

| | |
|---|---|
| Upsolve, Inc., Reverend John Udo-Okon, | **ORDER** |
| Plaintiffs - Appellees, | Docket No. 22-1345 |
| v. | |
| Letitia James, in her official capacity as Attorney General of the State of New York, | |
| Defendant - Appellant. | |

_____

Movant Tatiana Neroni submission of a Motion does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

