UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 22-1345

Caption [use short title]

Motion for: Vacatur of Notice of Defective Filing, Dktk. # 156, as erroneously made

Set forth below precise, complete statement of relief sought:

Movant is ineligible by Local Rule 46.1(d) to file for admission pro hac vice; demand that she does that as a condition to file an amicus brief is a direct prohibition to her personally to file such brief, contrary to applicable law

Upsolve, Inc. v. James

MOVING PARTY: Tatiana Neroni, Proposed Amicus Pro Se
OPPOSING PARTY: Letitia James

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Tatiana Neroni, Pro Se
OPPOSING ATTORNEY: Cleland B. Welton II
[name of attorney, with firm, address, phone number and e-mail]

203 Main Street, Delhi NY 13753
(843) 240-7745l tatiana.neroni@gmail.com

Office of the New York Attorney General
28 Liberty Street, New York, NY 10005
(212) 416-6197 ; cleland.welton@ag.ny.gov

Court- Judge/ Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ✔ No (explain): Pro Se

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ✔ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ✔ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ✔ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ✔ No If yes, enter date:

Signature of Moving Attorney:
s/Tatiana Neroni   Date: 2/9/2023   Service by: ☐ CM/ECF ✔ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

_____

UPSOLVE, INC., REV. JOHN UDO-OKON,

                      Plaintiffs-Appellees,        22-1345

                      -against-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                      Defendant-Appellant.

_____

**MOTION TO VACATE, CANCEL AND WITHDRAW
THE COURT'S NOTICE OF DEFECTIVE DOCUMENT, DKT. 156,
MADE IN ERROR**

Tatiana Neroni

203 Main Street Delhi,

NY 13753

843-240-7745

**Pro Se**

1

I, Tatiana Neroni, movant pro se in the above captioned proceedings, asserts herein under the penalty of perjury:

1. I am a **pro se** proposed amicus in the above entitled matter, see Dkts. ##152-153, based on my pro se motion for a leave to file the amicus brief made in accordance with FRAP 29(3).

2. The court has accepted the above motion to its e-mail designated for pro se filings on January 11, 2023 and filed it into the docket on February 2, 2023.

3. On February 7, 2023 this court has issued, to a wrong e-mail address, a Notice of Defective Filing as to Dkts. 152-153 and demanded that Movant files an application for admission as an attorney pro hac vice, on the pain of striking Dkts. 152-153 if that is not done by February 9, 2023.

4. This movant's motion for a leave to file an amicus brief was done in full compliance with FRAP 29(3) and court rules, which is acknowledged by the court, since the court did not point out any violations of any FRAP or court rules in the Notice of Defective Filing, Dkt. 156.

5. FRAP 29(3) contains no prohibition on pro se filing of motions for a leave to file amicus briefs, and this court has no local rules prohibiting the same.

6. This movant has filed a proper motion for a leave to file an amicus brief, and it should be reviewed and resolved as is, without any additional conditions.

7. The condition demanded by the court of movant is an impossible condition as applied to movant' circumstances, as movant is not an attorney in good standing (Exhibit 1) and is not eligible for pro hac vice admission based on this court's Local Rule 46.1(d).

8. Imposing an impossible condition on this movant's right to file a motion for a leave to file an amicus brief was done in clear error, and should be vacated.

9. Imposing an impossible condition on this movant's right to file a motion for a leave to file an amicus brief, while no such restrictions exist in the applicable law, constitutes a direct prohibition to this movant personally to file an amicus brief, contrary to applicable law, and an appearance of an arbitrary and unreasonable discrimination against this movant based on the contents of her written speech, in violation of her due process and 1st Amendment rights.

10. Such an appearance of discrimination against movant's speech based on its content is even more problematic given that discrimination against non-attorney speech based on its content is the main issue of Appellee's lawsuit and of the determination of the court below appealed herein.

11. Additionally, under New York UPL laws only holders of law licenses may hold themselves out as attorneys.

12. This court's designation of movant as an attorney in the Notice of Defective Filing, Dkt. #156 was done in error.

13. This movant's acceptance of such a designation from this court may subject the movant to criminal UPL prosecution by NY State Attorney General.

14. Moreover, making frivolous submissions to the court is sanctionable conduct, for attorneys and pro se parties alike.

15. Knowingly making a motion for admission pro hac vice, in full knowledge that this movant is not eligible for such an admission based on this court's Local Rule 46.1(d) would be a frivolous filing.

16. This movant, thus, is put by this court before an untenable and impossible choice: (1) to make a frivolous filing, accepting this court's designation as an attorney which may subject this movant to a criminal prosecution in New York, or (2) have her properly filed pro se motion to file a proposed pro se amicus brief stricken from the record.

17. Such a "choice" constitutes, as it was stated above, a direct prohibition to this movant to file a pro se motion for a leave to file a pro se amicus brief in this court, even though such an action is fully allowed by FRAP 29(3), and even though this movant has complied with applicable law and all court rules in preparing and filing such a motion.

18. Such a result would be unreasonable, unfair, unjust and arbitrary.

19. In view of the above, this movant respectfully requests this court to vacate its clearly erroneous, as applied to this movant, Notice of Defective Filing, and keep this movant's properly filed and served pro se motion for a leave to file a proposed pro se amicus brief in support of Appellees on the docket as is.

Dated: February 9, 2023

Written in: Georgetown, South Carolina

s/ Tatiana Neroni

Tatiana Neroni,
Proposed Amicus Curiae Pro Se
Mailing address:
203 Main Street
Delhi, NY 13753

EXHIBIT 1

# New York State Unified Court System

Close

**Attorney Detail Report as of 02/08/2023**

| | |
|---|---|
| **Registration Number:** | 4650305 |
| **Name:** | TATIANA NERONI |
| **Business Name:** | |
| **Business Address:** | N/A<br>N/A, N/A |
| **Business Phone:** | |
| **Email:** | |
| **Date Admitted:** | 01/22/2009 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | Albany Law School |
| **Registration Status:** | Attorney - Suspended |
| **Next Registration:** | Mar 2023 |

**Disciplinary History**

**Suspension**     **Effective Date:** 11/13/2015

*Ordered by Appellate Division 4th Department*

View Possible Court Decisions Imposing Discipline

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

**Attorney Services**

Close