UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

---

UPSOLVE, INC., REV. JOHN UDO-OKON,

                             Plaintiffs-Appellees,

                                                  22-1345

                          -against-

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York,

                            Defendant-Appellant.

---

## CERTIFICATE OF SERVICE

I, FREDERICK J. NERONI, certify herein under the penalty of perjury:

1. I am over 18 years of age.

2. I am not a party in the above-captioned proceeding.

3. On February 9, 2023, I have served the within:

> (1) The filled out and signed T-1080 Motion Information Statement for the Motion of Tatiana Neroni to this court requesting the court to withdraw its erroneously made Notice of Defective Document, Dkt. 156;

1

(2) The Motion of Tatiana Neroni to this court requesting the court to withdraw its erroneously made Notice of Defective Document, Dkt. 156, with two exhibits,

by depositing true copies thereof enclosed in properly addressed and sealed post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within the continental United States, addressed to each of the following persons at the last known address set forth after each name:

CLELAND B. WELTON II
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005,

AND

ROBERT J. MCNAMARA
Institute of Justice
901 North Glebe Road, Suite 900,
Arlington, VA 22203

FREDERICK J. NERONI

203 Main Street
Delhi, NY 13753
843-461-3344