# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-three.

_____

Upsolve, Inc., Reverend John Udo-Okon,

        Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1345

Tatiana Neroni moves to vacate the Court's February 7, 2023 notice of defective filing indicating that she needed to move for admission pro hac vice in order for the Court to consider her request to file an amicus curiae brief in this matter.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court