**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1345,

**Caption [use short title]**

**Motion for:** ROSENBERG'S SECOND MOTION TO INTERVENE ON APPEAL

(NOW SEEKING AN AS-APPLIED DECLARATORY JUDGMENT)

Set forth below precise, complete statement of relief sought:

to allow him to intervene and to declare that as-applied to Rosenberg New York may not enforce any "disbarmenr order" or otherwise use New York's lawyer licensing scheme to prevent Rosenberg from practicing law.

**MOVING PARTY:** Erwin Rosenberg
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Appellee and Appellant

**MOVING ATTORNEY:** Erwin Rosenberg pro se

**OPPOSING ATTORNEY:** Cleland B. Welton II and Robert J. McNamara

[name of attorney, with firm, address, phone number and e-mail]

1000 West Island Blvd. 1011

Aventura, Florida 33160

**Court-Judge/Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion: → by Mr. Welton
☐ Unopposed ☑ Opposed ☑ Don't Know → McNamara

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☑ Don't Know → as to Mr. McNamara
→ Mr. Welton

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:** PRO SE [signature]  **Date:** 3-9-2023  **Service by:** ☐ CM/ECF  ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

Case 22-1345,

UPSOLVE, INC.

v.

JAMES, LETITIA
_____/

### ROSENBERG'S SECOND MOTION TO INTERVENE ON APPEAL (NOW SEEKING AN AS-APPLIED DECLARATORY JUDGMENT)

Like but more than as to Appellees which are not persons who have gone through law school, there is no justification in light of the First Amendment for New York to prevent Rosenberg, a free person who was licensed by New York to practice law from continuing to practice law in New York. Any concern based on alleged error(s) in judgment made by Rosenberg in the past does not justify prohibiting Rosenberg from practicing law. As such, New York may not enforce the Appellate Division's "disbarmenr order" against Rosenberg which is a nonadjudicative enforcement order or otherwise use New York's lawyer licensing scheme to prevent Rosenberg from practicing law. Del Castillo v. Secretary, Florida Department of Health, 26 F.4th 1214 (11th Cir. February 18, 2022), a case that sustained a First Amendment challenge to a nutritionist/dietitian licensing scheme, had relied on Casey's First Amendment holding surviving as of the NIFLA v. Becerra, 148 S.Ct.2631 (2018) decision. Yet Dobbs v. Jackson Women's Health Organization, 142 S.Ct. 2228 (June 24, 2022) overruled Planned Parenthood of Southeastern Pa. v. Casey, 505 U.S. 833, 884, 112 S.Ct. 2791, 120 L.Ed.2d 674 (1992)

1

not only because Casey reaffirmed a supposed U.S. Constitutional right to abortion, but also because Casey distorted First Amendment law. See Dobbs v. Jackson Women's Health Organization, 142 S. Ct. at 2275-2276; "The Court's abortion cases have diluted the strict standard for facial constitutional challenges.[60] . . . **And they have distorted First Amendment doctrines**.[65]" (footnotes omitted)(emphasis added). Wherefore Rosenberg moves this Court to allow him to intervene and to declare that as-applied to Rosenberg, New York may not enforce any "disbarmenr order" or otherwise use New York's lawyer licensing scheme to prevent Rosenberg from practicing law.

CERTIFICATE OF SERVICE

I certify that on March 9, 2023 I mailed a copy hereof to Robert J. McNamara 901 North Glebe Road, Suite 900 Arlington, Virginia 22203 and Cleland B. Welton II 28 Liberty Street New York, New York 10005.

Respectfully Submitted,

/s//
Erwin Rosenberg
1000 West Island Blvd. 1011
Aventura, Florida 33160
Tel 786-299-2789
erwinrosenberg@gmail.com

2