# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-three.

Before:      Reena Raggi,
                  Richard C. Wesley,
                  Raymond J. Lohier, Jr.,
                      *Circuit Judges.*

_____

Upsolve, Inc., Reverend John Udo-Okon,

        Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 22-1345

      Movant Erwin Rosenberg moves to intervene.

      IT IS HEREBY ORDERED that the motion is DENIED.

                                          For the Court:

                                          Catherine O'Hagan Wolfe,
                                          Clerk of Court