

April 12, 2023

Catherine O'Hagan Wolfe
Clerk of the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Upsolve v. James*, No. 22-1345 (2d Cir.)

**Orrick, Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400
**orrick.com**

**Sarah Sloan**

E  ssloan@orrick.com
D  +1 202 339 8591
F  +1 202 339 8500

Dear Ms. O'Hagan Wolfe:

    I am writing to inform you of my withdrawal of appearance for Amicus Curiae the NAACP in the above referenced case. The NAACP will continue to be represented by all other additional counsel of record.

                                Sincerely,
                                /s/ Sarah H. Sloan
                                Sarah H. Sloan