

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

July 13, 2023

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

    Re: *Upsolve, Inc. v. James*, No. 22-1345
        *Capogrosso v. Gelbstein*, No. 22-2827

Dear Ms. Wolfe:

    I represent the state defendants in the above-captioned appeals. I write to advise the Court that I will be unavailable for oral argument from September 5 through September 22, 2023. I respectfully request that these cases not be calendared for oral argument during that period.

    Respectfully submitted,

    */s/ Cleland B. Welton II*

    Cleland B. Welton II
    Assistant Solicitor General

cc (via CM/ECF): All counsel of record