

INSTITUTE FOR JUSTICE

July 24, 2023

**<u>Via CM/ECF</u>**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:    *Upsolve, Inc. v. James*, No. 22-1345
              Notice of Unavailability for Oral Argument

Dear Ms. Wolfe:

    I represent the plaintiffs-appellees in the above-captioned action. I write to advise the Court that I will be out of the office and unavailable for oral argument from September 25 through October 2, 2023. I respectfully request that this case not be calendared for oral argument during that week.

    I thank the Court for its attention.

                              Sincerely,

                              <u>/s/ Robert J. McNamara</u>
                              Robert J. McNamara

                              *Counsel for Plaintiffs-Appellees*

cc:    All Counsel (via ECF/CM)