

INSTITUTE FOR JUSTICE

August 23, 2023

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *Upsolve, Inc. v. James*, No. 22-1345
              Notice of Unavailability for Oral Argument

Dear Ms. Wolfe:

    I represent the plaintiffs-appellees in the above-captioned action. I write to advise the Court that the Fifth Circuit has scheduled oral argument for October 4 in an unrelated matter in which I am also counsel. I therefore respectfully request that this case not be calendared for oral argument between October 3 and October 5.

    I thank the Court for its attention.

                                  Sincerely,

                                  /s/ Robert J. McNamara
                                  Robert J. McNamara

                                *Counsel for Plaintiffs-Appellees*

cc:    All Counsel (via ECF/CM)

ARLINGTON    AUSTIN    CHICAGO    MIAMI    SEATTLE    TEMPE

901 N. Glebe Road, Suite 900  Arlington, VA 22203  (703) 682-9320  (703) 682-9321 Fax
general@ij.org    www.ij.org