

INSTITUTE FOR JUSTICE

September 19, 2023

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:    *Upsolve, Inc. v. James*, No. 22-1345
                 Notice of Unavailability for Oral Argument

Dear Ms. Wolfe:

      I represent the plaintiffs-appellees in the above-captioned action. I write to advise the Court that the Eastern District of North Carolina has scheduled oral argument for October 19 in an unrelated matter in which I am also counsel. I therefore respectfully request that this case not be calendared for oral argument on October 18 or October 19.

      I thank the Court for its attention.

                                    Sincerely,

                                    /s/ Robert J. McNamara
                                    Robert J. McNamara

                                    *Counsel for Plaintiffs-Appellees*

cc:     All Counsel (via ECF/CM)