# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-three.

Before:    Reena Raggi,
               Richard C. Wesley,
               Raymond J. Lohier, Jr.,
                 *Circuit Judges.*

---

Upsolve, Inc., Reverend John Udo-Okon,

      Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

      Defendant - Appellant.

**ORDER**

Docket No. 22-1345

---

      Erwin Rosenberg has filed several motions to intervene.

      IT IS HEREBY ORDERED that the motions are DENIED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court