

INSTITUTE FOR JUSTICE

November 17, 2023

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      RE:    *Upsolve, Inc. v. James*, No. 22-1345
                 Notice of Unavailability for Oral Argument

Dear Ms. Wolfe:

    I represent the plaintiffs-appellees in the above-captioned action. I write to advise the Court that the United States Supreme Court has scheduled oral argument in *Devillier v. Texas*, in which I am counsel of record, for January 16, 2024. I therefore respectfully request that this case not be set for argument before argument in the *Devillier* matter.

    I thank the Court for its attention.

                                                Sincerely,

                                                /s/ Robert J. McNamara
                                                Robert J. McNamara

                                                *Counsel for Plaintiffs-Appellees*

cc:    All Counsel (via ECF/CM)