# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of January, two thousand twenty-four.

Before:  Reena Raggi,
     Richard C. Wesley,
     Raymond J. Lohier, Jr.,
      *Circuit Judges.*

---

Upsolve, Inc., Reverend John Udo-Okon,

  Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

  Defendant - Appellant.

**ORDER**

Docket No. 22-1345

---

  Erwin Rosenberg moves to intervene.

  IT IS HEREBY ORDERED that the motion is DENIED.

          For the Court:

          Catherine O'Hagan Wolfe,
          Clerk of Court