

**I N S T I T U T E   F O R   J U S T I C E**

February 12, 2024

<u>**Via CM/ECF**</u>
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE: *Upsolve, Inc. v. James*, No. 22-1345
   Notice of Unavailability for Oral Argument

Dear Ms. Wolfe:

I represent the plaintiffs-appellees in the above-captioned action. I write to respectfully request that the Court not schedule argument in the above-captioned matter during the week of March 25, 2024 in order to avoid conflicts with long-planned travel for both my co-counsel and myself.

I thank the Court for its attention.

Sincerely,

/s/ Robert J. McNamara
Robert J. McNamara

*Counsel for Plaintiffs-Appellees*

cc: All Counsel (via ECF/CM)

A R L I N G T O N  A U S T I N  C H I C A G O  M I A M I  P H O E N I X  S E A T T L E

901 N. Glebe Road, Suite 900 Arlington, VA 22203 P: (703) 682-9320 F: (703) 682-9321
general@ij.org  www.ij.org