# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand twenty-four.

Before:     Reena Raggi,
               Richard C. Wesley,
               Raymond J. Lohier, Jr.,
                   *Circuit Judges.*

---

Upsolve, Inc., Reverend John Udo-Okon,

        Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellant.

**ORDER**

Docket No. 22-1345

---

Erwin Rosenberg moves to intervene in this appeal.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court