# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18st day of March, two thousand twenty-four.

Before:    Richard C. Wesley,
              Raymond J. Lohier, Jr.,
                   *Circuit Judges.*[*]

Upsolve, Inc., Reverend John Udo-Okon,

        Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

        Defendant - Appellant.

**ORDER**

Docket No. 22-1345

    Erwin Rosenberg moves to intervene in this appeal.

    IT IS HEREBY ORDERED that the motion is DENIED.

                         For the Court:

                         Catherine O'Hagan Wolfe,
                         Clerk of Court



---

[*] Judge Reena Raggi, who was originally assigned to the panel, has recused herself from this matter. The remaining two members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b); *United States v. Desimone*, 140 F.3d 457, 458–59 (2d Cir. 1998).