# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and twenty-four,

_____

Upsolve, Inc., Reverend John Udo-Okon,

    Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

    Defendant - Appellant.

_____

**ORDER**
Docket No. 22-1345

Movants, Access Justice Brooklyn, The Asian American Legal Defense And Education Fund, Western New York Law Center, UC Berkeley Center for Consumer Law and Economic Justice, TakeRoot Justice, CAMBA Legal Services, Inc., District Council 37 Municipal Employees Legal Services, Fordham Law School Feerick Center for Social Justice, Legal Assistance of Western New York, Inc., Legal Services of the Hudson Valley, Legal Services NYC, Mobilization for Justice, New Economy Project, New York Legal Assistance Group, Northern Manhattan Improvement Corporation and Queens Volunteer Lawyers Project, Inc, request leave to file an amicus curiae brief in support of the appellant.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court