# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand and twenty-four,

_____

Upsolve, Inc., Reverend John Udo-Okon,

      Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

      Defendant - Appellant.

_____

**ORDER**
Docket No. 22-1345

Movant, National Center for Access for Justice, requests leave to file an amicus curiae brief in support of the Appellees.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

