# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand and twenty-four,

_____

Upsolve, Inc., Reverend John Udo-Okon,

      Plaintiffs - Appellees,

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

      Defendant - Appellant.

_____

**ORDER**
Docket No. 22-1345

Movant, Tatiana Neroni moves for leave to vacate the Court's February 7, 2023 defective filing notice and to file an amicus curiae brief.

IT IS HEREBY ORDERED that the motion to file an amicus curiae brief is GRANTED. Subsequently, the motion to vacate the defective filing notice is denied as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court