

INSTITUTE FOR JUSTICE

May 14, 2025

**Via CM/ECF**
Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    RE:    *Upsolve, Inc. v. James*, Case No. 22-1345-cv
              Notice of Withdrawal of Brian A. Morris

Dear Ms. Wolfe:

    Plaintiffs-Appellees would like to respectfully notify the court of the withdrawal of the appearance of Brian A. Morris for Upsolve, Inc. and Reverend John Udo-Okon. As of May 16, 2025, Mr. Morris will no longer be an employee of the Institute for Justice.

    Plaintiffs-Appellees have been provided with a copy of this withdrawal and will continue to be represented by the remaining counsel of record, Robert J. McNamara, from the Institute for Justice.

    Sincerely,

    /s/ Brian A. Morris
    Brian A. Morris
    INSTITUTE FOR JUSTICE
    901 North Glebe Road, Suite 900
    Arlington, Virginia 22203
    (703) 682-9320

    *Counsel for Plaintiffs-Appellees*

cc (by ECF):

    All Counsel