# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-five.

Before:  Pierre N. Leval,
　　　　　Richard J. Sullivan,
　　　　　Sarah A. L. Merriam,
　　　　　　　*Circuit Judges*.

_____

Upsolve, Inc., Reverend John Udo-Okon,　　　　　**JUDGMENT**

　　　　Plaintiffs - Appellees,　　　　　　　　　Docket No. 22-1345

v.

Letitia James, in her official capacity as Attorney General of the State of New York,

　　　　Defendant - Appellant.

_____

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the preliminary injunction order of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's Opinion.

　　　　　　　　　　　　　　　　　　　　For the Court:
　　　　　　　　　　　　　　　　　　　　Catherine O'Hagan Wolfe,
　　　　　　　　　　　　　　　　　　　　Clerk of Court