# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2025

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  Upsolve, Inc., et al.
            v. Letitia James, Attorney General of New York
            Application No. 25A381
            (Your No. 22-1345)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on October 5, 2025, extended the time to and including January 7, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Robert James McNamara
Institute for Justice
901 N Glebe Road
Suite 900
Arlington, VA 22203


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

quadient

FIRST-CLASS MAIL
IMI
**$000.74** º
10/07/2025 ZIP 20543
Q43M31266310

US POSTAGE



USMAIL
SDNY